GERI B. SARACINO *v.* HARTFORD FINANCIAL
SERVICES GROUP, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 107 Conn. App. 410 (AC 28588), is denied.

*Thomas J. Weihing,* in support of the petition.

*Diana Garfield,* in opposition.

Decided June 17, 2008

STATE OF CONNECTICUT *v.* KIMBERLY
ALBRIGHT-LAZZARI

STATE OF CONNECTICUT *v.* ANTHONY LAZZARI

The defendants' petition for certification for appeal from the Appellate Court (AC 29497) is denied.

*Kimberly Albright-Lazzari,* pro se, and *Anthony Lazzari,* pro se, in support of the petition.

*Susan C. Marks,* supervisory assistant state's attorney, in opposition.

Decided June 17, 2008